UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEWAYNE TOWNSEND, JR., | No. 2:20-cv-1179 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| MIKE RUIZ, et al., | |
| Defendants. | |

On September 11, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order issued July 1, 2020, which denied plaintiff's motion for the appointment of counsel. *See* ECF Nos. 6, 9, respectively. Under this court's Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." *Id.* Upon review of the file, the court finds the magistrate judge's ruling was not clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge issued July 1, 2020 (ECF No. 9), is AFFIRMED.

DATED: October 28, 2020

CHIEF UNITED STATES DISTRICT JUDGE

1