UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR DEWAYNE TOWNSEND, JR., | No. 2:20-cv-1179 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| MIKE RUIZ, et al., | |
| Defendants. | |

Plaintiff, a former state prisoner proceeding without counsel, has filed a civil rights complaint under 42 U.S.C. § 1983. Plaintiff alleges that Defendants Ruiz, Mendieta, Bess, Toomer and Dixon violated his Eighth Amendment right to be free from excessive force.

On January 7, 2022, Defendants filed a motion to opt out of the Post-Screening ADR Project. ECF No. 33. After reviewing the motion, the Court finds good cause to grant it.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out (ECF No. 33) is GRANTED.

2. The STAY of this action is LIFTED.

3. In accord with the Court's order issued December 9, 2021 (see ECF No. 31), within thirty days of the date of this order, Plaintiff shall file a Third Amended Complaint. The complaint shall adhere to the guidelines in that order, and

////

1

4. Within twenty-one days of Plaintiff filing the Third Amended Complaint, Defendants shall file a response to it.

DATED: January 26, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE